# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR S 09-522 FCD
  )
ALEXANDER SABOLOVIC

FILED
JUN -1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **ALEXANDER SABOLOVIC**

Detained at (custodian): **Salinas Valley State Prison**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **False Statement in Application for Passport**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Michael Anderson
Printed Name & Phone No: **MICHAEL D. ANDERSON, 916-554-2755**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6/1/10      Dale A. Drozd
Date      United States District/Magistrate Judge

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| AKA(s) (if applicable): | Stuart Obert Aanenson, Aleksandar Sabolovic, Alexander Malek | | Male ☒ | Female ☐ |
| Booking or CDC #: | G-08299 | | DOB: | |
| Facility Address: | 31625 Highway 101 | | Race: | |
| | Soledad, CA 93960 | | FBI #: | 017085CA8 |
| Facility Phone: | 831-678-5500 | | | |
| Currently Incarcerated For: | | | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____ _____
    (Signature)

Form Crim-48      Revised 11/19/97