DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER SABOLOVIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-S-09-522-FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ALEXANDER SABOLOVIC, | DATE: October 4, 2010<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell |
| Defendant. | |

Defendant ALEXANDER SABOLOVIC, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for August 9, 2010, be rescheduled to October 4, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Furthermore, counsel for the defendant will be out of State from September 7, 2010, through September 21, 2010.

The parties submit that the ends of justice are served by the Court excluding such time through October 4, 2010, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: August 6, 2010                Respectfully Submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Dennis S. Waks
                                     DENNIS S. WAKS
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     ALEXANDER SABOLOVIC


Dated: August 6, 2010                BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/  Dennis S. Waks for
                                     MICHAEL ANDERSON
                                     Assistant U.S. Attorney




**SO ORDERED.**

Dated: <u>August 6, 2010</u>

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE