```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER SABOLOVIC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-09-522-FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ALEXANDER SABOLOVIC, | DATE: November 22, 2010 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Frank C. Damrell, Jr. |

Defendant ALEXANDER SABOLOVIC, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for October 4, 2010, be rescheduled to November 22, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties submit that the ends of justice are served by the Court excluding such time through November 22, 2010, so that

they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: September 30, 2010          Respectfully Submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   ALEXANDER SABOLOVIC

Dated: September 30, 2010          BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/  Dennis S. Waks for
                                   MICHAEL ANDERSON
                                   Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: September 30, 2010

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE