DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER SABOLOVIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-09-522-FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ALEXANDER SABOLOVIC, ) | DATE: January 18, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |

Defendant ALEXANDER SABOLOVIC, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for November 22, 2010, be rescheduled to January 18, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties submit that the ends of justice are served by the Court excluding such time through January 18, 2011, so that

they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: November 18, 2010            Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      ALEXANDER SABOLOVIC

Dated: November 18, 2010            BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/  Dennis S. Waks for
                                      MICHAEL ANDERSON
                                      Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: November 18, 2010            _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE