```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ALEXANDER SABOLOVIC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-09-522-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ALEXANDER SABOLOVIC, | ) | DATE:  March 14, 2011 |
| | ) | Time:  10:00 a.m. |
| | ) | Judge: Frank C. Damrell, Jr. |
| Defendant. | ) | |

Defendant ALEXANDER SABOLOVIC, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for January 18, 2011, be rescheduled to March 14, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Furthermore, the government is in a jury trial which is expected to last another two weeks.

The parties submit that the ends of justice are served by

the Court excluding such time through March 14, 2011, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: January 12, 2011            Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          DENNIS S. WAKS
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          ALEXANDER SABOLOVIC

Dated: January 12, 2011            BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/  Dennis S. Waks for
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: January 12, 2011            _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE