```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER SABOLOVIC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cr-00522-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| ALEXANDER SABOLOVIC, ) | DATE: April 21, 2011 |
| ) | Time:  10:00 a.m. |
| ) | Judge: Kimberly J. Mueller |
| Defendant. ) | |

Defendant ALEXANDER SABOLOVIC, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference set for April 21, 2011, be rescheduled to a status conference/change of plea hearing for May 5, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to finalize the proposed plea agreement with the government and the defendant.

The parties submit that the ends of justice are served by the Court excluding such time through May 5, 2011, so that they

1 | may have reasonable time necessary for effective preparation,
2 | taking into account the exercise of due diligence.  18 U.S.C. §
3 | 3161(h)(7)(B)(iv) (Local T4).

Dated: April 20, 2011           Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                ALEXANDER SABOLOVIC

Dated: April 20, 2011           BENJAMIN B. WAGNER
                                United States Attorney


                                /s/   Dennis S. Waks for
                                MICHAEL ANDERSON
                                Assistant U.S. Attorney

**SO ORDERED.**

Dated:  April 20, 2011.

                                _____
                                UNITED STATES DISTRICT JUDGE