```
                                FILED
                          December 15, 2011
                        CLERK, US DISTRICT COURT
                         EASTERN DISTRICT OF
                              CALIFORNIA

                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:09-cr-00522-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ALEXANDER SABOLOVIC, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Alexander Sabolovic</u> ; Case <u>2:09-cr-00522</u> from custody for the following reasons:

     \_    Release on Personal Recognizance

     \_    Bail Posted in the Sum of _____

     \_    Unsecured Appearance Bond in the amount of $

     \_    Appearance Bond with 10% Deposit

     \_    Appearance Bond secured by Real Property

     \_    Corporate Surety Bail Bond

     <u>X</u>    (Other) <u>Time Served.</u>

Issued at <u>Sacramento, CA</u> on <u>12/15/11</u> at <u>4:25 p.m.</u>

By _____
Kimberly J. Mueller
United States District Judge